# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00331-CV

### In re (John) Koo-Hyun Kim

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

On June 17, 2010, relator (John) Koo-Hyun Kim filed his petition for writ of mandamus and motion for temporary relief. *See* Tex. R. App. P. 52.8, 52.10. Having reviewed the petition and record, we deny the motion for temporary relief and the petition for writ of mandamus.

_____

David Puryear,  Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Filed:   July 21, 2010